UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASTRO C., <br>     Petitioner, <br> v. <br> DEBBIE ASUNCION, Warden,[1] <br>     Respondent. | Case No. 19-cv-01616-DMR (PR) <br><br> **ORDER OF TRANSFER** |

On March 29, 2019, Petitioner, a state prisoner currently incarcerated at California State Prison-Los Angeles County, filed a *pro se* petition for a writ of habeas corpus.[2] Dkt. 1. Plaintiff has also filed a motion for leave to proceed *in forma pauperis* ("IFP") application form. Dkt. 4.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a State which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. *See id*. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v.*

---

[1] Debbie Asuncion, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] It appears that Petitioner filed a previous habeas action under the name, "Juan Manuel Castro Castaneda." Dkt. 1 in Case No. 18-5586 DMR (PR). The court notes that the petitioners in both cases have the same prison number, "P76819." *Compare* Dkt. 1 at 1 *with* Dkt. 1 at 1 in Case No. 18-5586 DMR (PR). In an Order dated October 5, 2018 in the previous habeas action, the court transferred that petition to the United States District Court for the Southern District of California. *See* Dkt. 6 in Case No. 18-5586 DMR (PR). As explained below, the court will do the same with the instant action.

*Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Here, Petitioner challenges a conviction and sentence incurred in the San Diego County Superior Court, which is within the venue of the Southern District of California. *See* 28 U.S.C. § 84. Because Petitioner is challenging his conviction, venue for the instant habeas action is proper in the district of conviction. 28 U.S.C. § 2241(d).

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Southern District of California.[3] The Clerk shall transfer the case forthwith.

All pending motions are TERMINATED as no longer pending in this district.

IT IS SO ORDERED.

Dated: April 19, 2019

DONNA M. RYU
United States Magistrate Judge

---

[3] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(B)(1)(A).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASTRO C.,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 4:19-cv-01616-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan M. Castro C. ID: P-76819
CSP
P.O. Box 8457
Lancaster, CA 93539

Dated: April 19, 2019

                                                  Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Ivy Lerma Garcia, Deputy Clerk to the
                                                Honorable DONNA M. RYU